The Honorable Theresa L. Fricke

```
      FILED _____ LODGED
    _____ RECEIVED
       APR 10 2023
        CLERK U.S. DISTRICT COURT
  BY WESTERN DISTRICT OF WASHINGTON AT TACOMA
                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYANT KEITH MCCULLOUGH,<br><br>Defendant. | NO. MJ23-5134 TLF<br><br>MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because this case involves (check all that apply):

    <u>X</u>    Crime of violence (18 U.S.C. § 3156)

    ___    Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___    Crime with a maximum sentence of life imprisonment or death

    ___    Drug offense with a maximum sentence of ten years or more

    ___    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention- 1
*United States v. McCullough*, MJ23-5134 TLF

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

___     Felony offense involving a minor victim other than a crime of violence

___     Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___     Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

_X_     Serious risk the defendant will flee

_X_     Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

___     Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

2.     <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_     Defendant's appearance as required

_X_     Safety of any other person and the community

3.     <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___     Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

___     Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___     Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

Motion for Detention- 2
*United States v. McCullough*, MJ23-5134 TLF

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1        X    Probable cause to believe defendant committed an offense involving a

2              victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242,

3              2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3),

4              2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

5        ___  Probable cause to believe the defendant has been found guilty of an offense

6              and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and

7              Federal Rule of Criminal Procedure 32.1(a)(6).

8        4.   <u>Time for Detention Hearing</u>. The United States requests the Court conduct

9  the detention hearing:

10      ___  At the initial appearance

11      X    After continuance of __3__ days (not more than 3)

12

13    DATED this 10th day of April, 2023.

14

15                      Respectfully submitted,

16                      NICHOLAS W. BROWN

17                      United States Attorney

18

19

20                      MATTHEW P. HAMPTON

                        Assistant United States Attorney

21

22

23

24

25

26

27

Motion for Detention- 3
*United States v. McCullough*, MJ23-5134 TLF

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800